UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANGSOO KIM,<br><br>a/k/a Sang Kim<br>a/k/a Tae Hee Kim;<br>a/k/a Jae Myeng Lee;<br>a/k/a Sookhyoung Kim,<br><br>Defendant. | Case No.: 25-CR-00338 HSG<br><br>**[PRELIMINARY ORDER OF FORFEITURE** |

Having considered the Application for a Preliminary Order of Forfeiture filed by the United States, and the plea agreement entered on July 29, 2026, wherein the defendant, Sangsoo Kim, admitted to a basis for forfeiture and further agreed to the forfeiture of the following property, and good cause appearing,

IT IS HEREBY ORDERED that the following property be forfeited to the United States pursuant to Title 18, United States Code, Section 982, Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure.

//

1. $144,670 in United States currency recovered from the defendant's vehicle on July 1, 2025;
2. 14 cell-phones recovered from the defendant's vehicle on July 1, 2025;
3. 10 fraudulent Republic of Korean passports recovered from the defendant's vehicle on July 1, 2025;
4. Any and all bank cards recovered from the defendant's vehicle on July 1, 2025;
5. One digital printer and check-printing paper recovered from the defendant's vehicle on July 1, 2025;
6. Various bank documents in names other than Sangsoo Kim recovered from the defendant's vehicle on July 1, 2025;
7. 12 SIM cards recovered from the defendant's vehicle on July 1, 2025;
8. Lenovo ThinkPad Laptop, S/N: R8-N83MK 11/02 with hard drive and charger recovered from the defendant's vehicle on July 1, 2025;
9. Various mail in names in mailbox PMB 254 and overflow box, belonging to the defendant recovered on January 20, 2026.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish for at least thirty (30) days on the government website www.forfeiture.gov a notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

IT IS FURTHER ORDERED that, the government may conduct discovery, in order to identify, locate, or dispose of property subject to forfeiture, in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure;

//

//

//

IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this 28th day of October, 2026.

Haywood S. Gill Jr.

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge